# WELCH & COMPANY
### *v.*
## CENTRAL SAN CRISTOBAL.

---

San Juan Equity, No. 940.

Taxes—Courtesy to Local Government.
    A Federal court will not hesitate to pass upon any point properly brought before it; but where taxes of the local government are

Welch & Co. v. Central San Cristobal.

concerned, courtesy requires such temporary adjournment as will enable the local government to take proceedings if it desires.

Opinion filed March 2, 1914.

---

*Messrs. Howard L. Kern* and *Robert Szold,* for the People of Porto Rico.

*Mr. Chas. Hartzell* for the receiver.

HAMILTON, Judge, delivered the following opinion:

This is a tax question of the greatest importance to the People of Porto Rico, and this court would be very reluctant to appear to decide a matter which affects another branch of the American governmental system, without affording full opportunity to the authorities of the island to act. This court has no hesitation in passing upon any question that is brought before it,—there is no point to be considered in that connection. But, as a matter of courtesy to the island, it would seem that the court should not appear to be hasty in taking up this question. Therefore, to allow ample opportunity for whatever the local government may wish to do, this matter will be postponed and set for the 1st Monday in the April term, which will be the 13th of April. There will be no reason for not taking it up then, because on the first day of the term we are apt not to have a great deal on hand.

I will give no instructions to the receiver as to getting others to join with him, for it is a matter that I would not like to ap-

Welch & Co. v. Central San Cristobal.

pear to urge one way or the other. I simply adjourn the hearing of this matter, which seems to involve a constitutional question, until the 1st Monday of the April term. If in the meantime the question is pending in the courts of Porto Rico, and it appears proper to have a further postponement, I will take that into account at that time.

It is understood, is it not, that in the meantime no attempt will be made to collect this tax?

Mr. Kern: We will agree to that.